IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BONITA MARTIN, BILL ROBERTS &
PAMELA GARZA, On Behalf Of Themselves
And All Others Similarly Situated                                    PLAINTIFF

VS.                          CASE NO. _____

HOWARD MEMORIAL HOSPITAL &
JOHN DOE INSURANCE CARRIER                                           DEFENDANT

## NOTICE OF REMOVAL

The separate defendant, Howard Memorial Hospital ("HMH"), removes this action from the Howard County Circuit Court to the United States District Court for the Western District of Arkansas pursuant to 28 U.S.C. §§ 1441 and 1446 based on federal question jurisdiction pursuant to 28 U.S.C. § 1331.  HMH states as follows in support of the removal:

1. On January 12, 2023, Bonita Martin ("Martin"), Bill Roberts ("Roberts"), and Pamela Garza ("Garza") filed their class action complaint in the Circuit Court of Howard County, Arkansas in the case styled, *Bonita Martin, Bill Roberts & Pamela Garza, on behalf of themselves and all others similarly situated v. Howard Memorial Hospital & John Doe Insurance Carrier*, Case No. 31CV-23-5.  Copies of all process, pleadings, order, and other papers filed in the Howard County action are attached hereto as Exhibit A as required by 28 U.S.C. § 1446(a).

2. Plaintiffs served HMH with the summons and complaint on February 6, 2023.

3. Three other class action complaints against HMH are pending in United States District Court for the Western District of Arkansas: (1) *Barbara Jones, Individually & On Behalf of All Others Similarly Situated v. Howard Memorial Hospital*, Case No. 4:23-cv-04010-SOH; (2) *Josh Willbanks & Phyllis Willbanks, On Behalf of Themselves and All Others Similarly Situated v.*

*Howard Memorial Hospital*, Case No. 4:23-cv-04009-SOH; and (3) *Keri Teague & Jason Teague, On Behalf of Themselves and All Others Similarly Situated v. Howard Memorial Hospital*, Case No. 4:23-cv-04016-SOH. The plaintiffs in each of the other cases filed their complaints in the United States District Court for the Western District of Arkansas based on the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332.

    4. Plaintiffs herein allege that HMH has violated various federal statutes and was negligent in not preventing a cyber-breach by a third party hacker. Without regard to any class allegations, this Court has federal question subject matter jurisdiction herein pursuant to 28 U.S.C. ¶ 1331. *Inter alia*, ¶¶ 90, 115, and 118-121 of Plaintiffs' complaint seek injunctive relief mandating compliance with the provisions of federal laws and regulations such as the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), Pub.L. 104–191, 110 Stat. 1936 (codified at various titles of the United States Code), and regulations promulgated pursuant to HIPAA, including 45 C.F.R. §§ 160 and164, and the Federal Trade Commission Act, 15 U.S.C. § 45. Paragraph 115 alleges the Court has authority to restrain "acts, such as here, that are tortious and violate the terms of the *federal* and state statutes described in this complaint." (Emphasis added in italics) That same paragraph seeks to invoke a claim for declaratory judgment under the federal Declaratory Judgment Act, 28 U.S.C. §§ 2201, et seq. Further, unlike the complaint in *Marshall v. Conway Regional Medical Ctr.*, No. 4:20cv-00933-JM, 2020 WL 5746839 (E.D. Ark. Sept. 25, 2020), "federal law permeates the allegations such that [common law] claims cannot be adjudicated without reliance on and explication of federal law." *Wullschleger v. Royal Canin U.S.A., Inc.*, 953 F.3d 519, 521-522 (8th Cir. 2020). *See, e.g.,* Complaint, ¶¶ 52-61, 62-68, 102-113.

5. Plaintiffs further seek certification of a proposed class, compensatory damages, punitive damages, declaratory relief, injunctive relief, attorney's fees, and additional specified relief (*see, e.g., Complaint*, ¶¶ 99-100), which class is defined as follows:

> All individuals whose PII and/or PHI was compromised in the Howard Memorial Data Breach which was announced on or about December 29, 2022 (the "Class").

*Complaint*, ¶ 81. Plaintiffs do not specify the amount of any damages or the alleged value of punitive damages or injunctive relief prayed for, but they allege in ¶ 41 of their complaint that a "complete identity theft kit that includes health insurance credentials may be worth up to $1,000 on the black market," which when multiplied by 54,000 persons receiving notice exceeds $5,000,000. Thus, based on Plaintiffs' complaint and the allegations of the three other aforementioned class actions filed against HMH in the United States District Court for the Western District of Arkansas, it is reasonable to conclude that the amount in controversy exceeds $5,000,000, exclusive of interest and costs. However, HMH is presently unable to independently confirm that the amount in controversy exceeds the minimal diversity amount under CAFA.

6. HMH denies liability to Plaintiffs and the putative class and further denies that Plaintiffs can meet the requirements of class certification under Rule 23 of the Federal Rules of Civil Procedure.

7. HMH's removal of the action to this Court is timely pursuant to 28 U.S.C. § 1446(b). It is filed within thirty days after HMH was served with the summons and complaint on February 6, 2023.

8. Pursuant to 28 U.S.C. §§ 1391(b)(2) and 1441(a), venue is proper in the United States District Court for the Eastern District of Arkansas.

9. HMH will promptly file a notice of this notice of removal in the Howard County action pursuant to 28 U.S.C. § 1446(d).

10.  HMH reserves all arguments supporting its denial of liability, damages, and any and all other relief to Plaintiffs or a putative class, and no waiver of fact, law, or liability, including any and all defenses is intended.

WHEREFORE, the defendant, Howard Memorial Hospital, hereby removes this action to the United States Court for the Western District of Arkansas.

Respectfully submitted,

*/s/ William A. Waddell, Jr.*
WILLIAM A. WADDELL, JR.
ARK BAR ID NO. 84154
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
(501) 370-1510
(501) 224-5342 (fax)
waddell@fridayfirm.com

## CERTIFICATE OF SERVICE

I certify that I have e-mailed a copy of the foregoing to the following attorneys of record on this 7th day of March, 2023:

Randall K. Pulliam
Courtney E. Ross
519 West 7th Street
Little Rock, Arkansas 72201
rpulliam@cbplaw.com
cross@cpblaw.com

Gary F. Lynch
Lynch Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
gary@lcllp.com

*/s/ William A. Waddell, Jr.*
WILLIAM A. WADDELL, JR.