**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

**BONITA MARTIN, individually and on**
**behalf of all others similarly situated**                                    **PLAINTIFF**

**VS.**                          **Case No. 4:23-cv-04030-SOH**

**HOWARD MEMORIAL HOSPITAL**                                    **DEFENDANT**

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed by and between the parties hereto, by their counsel and pursuant to FRCP 41(a)(1)(ii), that the above-captioned case has settled, and this action should be dismissed with prejudice, with each party to bear its own costs.

Dated: November 3, 2023                          Respectfully submitted,

**CARNEY BATES & PULLIAM, PLLC**          **FRIDAY, ELDREDGE & CLARK, LLP**

*/s/ Randall K. Pulliam*                          */s/ William A. Waddell, Jr.*
Randall K. Pulliam (98105)                   William A. Waddell, Jr. (84154)
Courtney E. Ross (2021156)                  400 West Capitol Avenue, Suite 2000
519 West 7th Street                          Little Rock, Arkansas 72201-3493
Little Rock, Arkansas 72201                  Telephone: (501) 370-1510
Telephone: (501) 312-8500                    Email: waddell@fridayfirm.com
Email: rpulliam@cbplaw.com
Email: cross@cpblaw.com

*Attorneys for Plaintiff*                          *Attorneys for Defendant*

1

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that I electronically filed the foregoing by using the ECF system for the Western District of Arkansas on November 3, 2023 and that all counsel of record registered as counsel of record will be served by the ECF system.

*/s/ Randall K. Pulliam*
Randall K. Pulliam
